FILED
2018 Feb-14 PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MUHAMMED FEROZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:18-cv-00102-MHH-JHE |
| ) | |
| ATTORNEY GENERAL OF THE ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Respondents. | |

## MEMORANDUM OPINION

On August 28, 2017, petitioner Muhammed Feroz filed in the United States District Court for the Southern District of Georgia a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). When he filed his petition, Mr. Feroz, a native of Pakistan, was incarcerated at the Folkston ICE Processing Center in Folkston, Georgia, in the custody of the Bureau of Immigration and Customs Enforcement. (Doc. 1, p. 1). In his petition, Mr. Feroz alleged that he was being illegally detained by ICE pending his deportation to Pakistan.

After he filed his petition, Mr. Feroz was transferred to the Etowah County Detention Center in Gadsden, Alabama. (Doc. 9). Based on Mr. Feroz's transfer, the United States District Court for the Northern District of Georgia transferred Mr. Feroz's petition to the United States District Court for the Northern District of Alabama. (Doc. 14).

On February 14, 2018, the respondents filed a status report and a motion to dismiss this action as moot. (Doc. 18). In their status report and motion, the respondents state that on February 12, 2018, Mr. Feroz was removed from the United States to Pakistan. (Doc. 18, p. 1; *see* Doc. 18-1).

Article III of the Constitution limits the jurisdiction of federal courts to the consideration of "cases or controversies." U.S. CONST. art. III, § 2. The doctrine of mootness is derived from this limitation because "an action that is moot cannot be characterized as an active case or controversy." *Adler v. Duval Cnty. Sch. Bd.*, 112 F.3d 1475, 1477 (11th Cir. 1997). A court must dismiss a case as moot if the court no longer can provide "meaningful relief." *Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (citations omitted).

In his petition, Mr. Feroz seeks to be released from ICE custody. Because Mr. Feroz no longer is in ICE custody, the Court cannot provide meaningful relief, and Mr. Feroz's petition is moot. Accordingly, the Court will grant the respondent's motion to dismiss.

The Court will enter a separate final order.

**DONE** and **ORDERED** this February 14, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE